IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaPATRICK A. JOHNSON, G62253, ) | |
| ) Petitioner, ) | No. C 12-5897 CRB (PR) |
| ) vs. ) | ORDER |
| ) FRED FOULK, Acting Warden, ) | (Docket #34) |
| ) Respondent. ) | |

Petitioner's request for default judgment is DENIED. The court granted respondent's motion for an extension of time to file an answer and respondent recently filed an answer. Petitioner may file a traverse to the answer by no later than January 17, 2014.

SO ORDERED.

DATED: Dec. 6, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.12\Johnson, L.12-5897.or3.wpd