IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaPATRICK A. JOHNSON, G62253,        )<br>                            )<br>        Petitioner,       )<br>                            )<br>    vs.                     )<br>                            )<br>FRED FOULK, Acting Warden,   )<br>                            )<br>        Respondent.      )<br>_____)  | No. C 12-5897 CRB (PR)<br><br>ORDER<br><br>(Docket #34) |

Petitioner's request for default judgment is DENIED.  The court granted respondent's motion for an extension of time to file an answer and respondent recently filed an answer.  Petitioner may file a traverse to the answer by no later than January 17, 2014.

SO ORDERED.

DATED: Dec. 6, 2013

                                        CHARLES R. BREYER
                                        United States District Judge

G:\PRO-SE\CRB\HC.12\Johnson, L.12-5897.or3.wpd